UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER MARTINEZ,<br><br>                   Petitioner,<br><br>   v.<br><br>UR M. JADDOU, et al.<br><br>                   Respondents. | CASE NO. 2:24-cv-1960-TSZ-BAT<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE, DKT. 6.** |

The Court GRANTS the parties' stipulated motion, Dkt. 6, and ORDERS: This case is held in abeyance until April 15, 2025. The parties shall file a joint status report on or before April 15, 2025.

DATED this 29th day of January, 2025.

                                                           BRIAN A. TSUCHIDA
                                                           United States Magistrate Judge