UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAVIER MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>Jaddou et al,<br><br>        Defendant. | Case No. 2:24-cv-01960-TSZ<br><br>ORDER GRANTING TRO |

## I.  ORDER

Before the Court is Petitioner Javier Martinez's motion for emergency stay of transfer or removal out of this Court's jurisdiction. Dkt. 16. According to the Petitioner, on June 7, 2025, he contacted a family member and notified her that he was in the process of being transferred out of the jurisdiction. *Id.* ¶ 5. Petitioner is not subject to a final removal order and has an appeal pending at the Board of Immigration Appeals. *Id.* ¶ 2. On June 8, 2025, at around 6:15AM, Petitioner's counsel received a notification that Petitioner was in the process of being transferred out of this jurisdiction. *Id.* ¶ 6. Petitioner's counsel has not been able to obtain further information about Petitioner's location and it is unclear whether ICE intends to transfer Petitioner to another location in the United States or intends to remove Petitioner from the United States. *Id.*

ORDER GRANTING TRO - 1

The Government has not yet responded to this emergency motion, and because it is unclear why Petitioner was removed from the Northwest Immigration Processing Center, the Court GRANTS Petitioner's motion pending the Government's response. The Court may grant a TRO to preserve the court's jurisdiction and the status quo. *See A. A. R. P. v. Trump,* 145 S. Ct. 1364, 1369 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

The Government is directed to respond, and the parties are directed to prepare for a hearing on this matter as soon as possible.

The Court HEREBY ORDERS:

- Petitioner's motion for a temporary restraining order (Dkt. 16) is GRANTED.

Dated this 8th day of June, 2025.

Tiffany M. Cartwright
United States District Judge